FILED
2016 Jun-02 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B



The Guardian Life Insurance Company of America
And its Affiliates and Subsidiaries

**GUARDIAN®**

Enrollment/Change Form
Page 1 of 6

Midwest Regional Office, P.O. Box 8012, Appleton, WI 54912-8012

Please print clearly and mark carefully.

| Employer Name: Kabco Builders, Inc. | Group Plan Number: 469289 | Benefits Effective: 7-1-13 |
|---|---|---|

PLEASE CHECK APPROPRIATE BOX  ☐ Initial Enrollment  ☐ Re-Enrollment  ☐ Add Employee/Dependents  ☐ Drop/Refuse Coverage  ☐ Information Change
☐ Increase Amount  ☐ Family Status Change

Class: Hourly Employees   Division:_____   Subtotal Code:_____   (Please obtain this from your Employer)

**About You:**
First, MI, Last Name: TYRONE MINSON
Social Security Number: [redacted]
Address: 1708 Williamson ST    City: Guntersville    State: AL    Zip: 35976
Gender: ☒ M    Date of Birth (mm-dd-yy): [redacted]    Phone: (256)966-6217
Email Address:_____
Are you married or do you have a spouse? ☒ Yes ☐ No    Date of marriage/union:_____
Do you have children or other dependents? ☒ Yes ☐ No    Placement date of adopted child:_____

**About Your Job:**
Hours worked per week: 40    Job Title: Production
Work Status: ☒ Active ☐ Retired ☐ Cobra/State Continuation    Date of full time hire: 7-10-02    Annual Salary: $28,353

**About Your Family:** Please include the names of the dependents you wish to enroll for coverage. A dependent is a person that you, as a taxpayer, claim; who relies on you for financial support; and for whom you qualify for a dependency tax exception. Dependency tax exemptions are subject to IRS rules and regulations. Additional information may be required for non-standard dependents such as a grandchild, a niece or a nephew.

| Spouse (First, MI, Last Name) | | Gender | Date of Birth (mm-dd-yy) | |
|---|---|---|---|---|
| Jamie L Smith | | ☐M ☒F | [redacted] | |
| Child/Dependent 1: [redacted] Minson | ☐ Add ☐ Drop | ☐M ☒F | [redacted] | Status (check all that apply) ☒ Student (post high school) ☐ Disabled ☐ Non standard dependent  State of Residence:_____ |
| Child/Dependent 2: B[redacted] Smith | ☐ Add ☐ Drop | ☒M ☐F | [redacted] | Status (check all that apply) ☐ Student (post high school) ☐ Disabled ☐ Non standard dependent  State of Residence:_____ |
| Child/Dependent 3: | ☐ Add ☐ Drop | ☐M ☐F | | Status (check all that apply) ☐ Student (post high school) ☐ Disabled ☐ Non standard dependent  State of Residence:_____ |
| Child/Dependent 4: | ☐ Add ☐ Drop | ☐M ☐F | | Status (check all that apply) ☐ Student (post high school) ☐ Disabled ☐ Non standard dependent  State of Residence:_____ |

CEF2012
Questions? Call the Guardian Helpline (888) 600-1600    www.guardianlife.com    1

DETACH ENTIRE FORM AND RETURN TO YOUR EMPLOYER BY June 21, 2013
DATE FORM PUBLISHED: Jun 13 2013

Guardian 122

TYRONE MINSON

| Drop Coverage: | Coverage Being Dropped: |
|---|---|
| ☐ Drop Employee  ☒ Drop Dependents<br>The date of withdrawal cannot be prior to the date this form is completed and signed.<br>Last Day of Coverage: _____-_____-_____<br>☐ Termination of Employment   ☐ Retirement<br>Last Day Worked: _____-_____-_____<br>☐ Other Event: _____<br>Date of Event: _____-_____-_____ | ☒ Vision           ☒ Employee  ☒ Spouse  ☒ Child(ren)<br>☐ Basic Life<br>☐ Voluntary Life    ☐ Employee ☐ Spouse ☐ Child(ren)<br>☐ Short Term Disability |
| **Loss Of Other Coverage:**<br>I and/or my dependents were previously covered under <u>another insurance plan</u>. Loss of coverage was due to:<br>☐ Termination of Employment: _____-_____-_____<br>☐ Divorce _____-_____-_____<br>☐ Death of Spouse _____-_____-_____<br>☐ Termination/Expiration of Coverage _____-_____-_____<br>Coverage Lost    ☐ Vision | I have been offered the above coverage(s) and wish to drop enrollment for the following reasons:<br>☐ Covered under another insurance plan<br>☐ Other _____<br>(additional information may be required) |

**Vision Coverage:** You must be enrolled to cover your dependents. Check only one box.

Your Weekly Premium      Employee Only    ☐ EE; Spouse &
                                                           Dependent/Child(ren)
Full Feature                      ☒ $1.85         ☐ $5.54

☐ I do not want this coverage. If you do not want this Vision Coverage, please mark all that apply:
   ☐ I am covered under another Vision plan
   ☐ My spouse is covered under another Vision plan
   ☐ My dependents are covered under another Vision plan

**Basic Life Coverage with Accidental Death and Dismemberment (AD&D):**
*Benefit reductions apply. Please see plan administrator.*

Policy Amount
Employee Only
☒ $15,000
The Guarantee Issue
Amount is $15,000.

NAME YOUR BENFICIARIES (primary beneficiaries must total 100%)
Primary Beneficiary:
Name ~~Isaac~~ _Scott_  % ~~50~~
Relationship to employee: ~~Heart Has A Land~~
Name _Betty Watkins_  % _100_
Relationship to employee: _Ant_
Contingent Beneficiary: _____
Relationship to employee: _____
(In the event the designated primary beneficiaries are deceased, the contingent beneficiary will receive the benefit. Employer maintains beneficiary information.)

If this Basic Life policy will replace your existing life insurance policy under your current employer, provide the amount of the previous policy $_____

**Important Notes:**
• Based on your plan benefits and age, you may be required to complete an evidence of insurability form for Basic Life.

LD20151110480050420001 11/4/2015 1:19:26 PM    Page 19 of 21

2

Guardian 123

Guardian Group Plan Number: 469289                      TYRONE MINSON

**Voluntary Term Life Coverage:** You must be enrolled to cover your dependents.    *Check one box only*

Employee

| Policy Amount | Your Weekly premium | Policy Amount | Your Weekly premium |
|---|---|---|---|
| ☐ $10,000 | $0.44 | ☒ $200,000 | $8.77 |
| ☐ $20,000 | $0.88 | ☐ $250,000** | $10.96 |
| ☐ $30,000 | $1.32 | | |
| ☐ $40,000 | $1.75 | | |
| ☐ $50,000 | $2.19 | | |
| ☐ $60,000 | $2.63 | | |
| ☐ $70,000 | $3.07 | | |
| ☐ $80,000 | $3.51 | | |
| ☐ $90,000 | $3.95 | | |
| ☐ $100,000 | $4.39 | | |
| ☐ $150,000* | $6.58 | | |

*Guarantee Issue Amount  **Guarantee Issue Amount plus Additional Amount
☐ I do not want this coverage

*Add* Voluntary Life for Spouse

| Policy Amount | Your Weekly premium |
|---|---|
| ☐ $5,000 | $0.22 |
| ☐ $10,000 | $0.44 |
| ☐ $15,000 | $0.66 |
| ☒ $20,000* | $0.88 |

*Guarantee Issue Amount
☐ I do not want this coverage    *The amount may not be more than 50% of the employee amount for Voluntary Life.

*Add* Voluntary Life for Dependent/Child(ren)

| Policy Amount | Your Weekly premium |
|---|---|
| ☐ $5,000 | $0.20 |
| ☒ $10,000* | $0.39 |

*Guarantee Issue Amount
☐ I do not want this coverage    *The amount may not be more than 50% of the employee amount for Voluntary Life.

Important Notes:

- Based on your plan benefits and age, you may be required to complete an evidence of insurability form for Voluntary Life.

Name your beneficiaries: (primary beneficiaries must total 100%) If electing different beneficiaries that are not the same as those named for Basic Life, please name below.

Primary Beneficiaries:

Name: _BARRY SMITH_        % _100_

Relationship to employee: _Brother in Law_

Name: _____ % _____

Relationship to employee: _____

Contingency Beneficiary: _____

Relationship to employee: _____

(In the event the designated beneficiaries are deceased, the contingent beneficiary will receive the benefit. Employer maintains beneficiary information.)

Questions? Call the Guardian Helpline (888) 600-1600    www.guardianlife.com        3

DETACH ENTIRE FORM AND RETURN TO YOUR EMPLOYER BY June 21, 2013

LD20151104800504200I 11/4/2015 1:19:26 PM   Page 20 of 21

Guardian 124

TYRONE MINSON

**Short-Term Disability (STD) Coverage:**
60% of salary to a maximum of $1,500
☒ Weekly Benefit $327          Your Weekly premium $4.08
☐ I do not want this coverage.

### Health History

Complete the following question(s) if you are enrolling for one or more of the following benefits listed below. NOTE: Additional information may be required.

Voluntary Life

In the last 6 months have you or any of your dependents received medical care, including treatment, consultation services, diagnostic measures or monitoring of a condition in remission; or taken prescribed drugs for: Cancer, Heart Disease, Diabetes; any condition related to Acquired Immune Deficiency Disorder (AIDS) or AIDS Related Complex; or any other Chronic Condition?

☒ Yes, I have.   ☐ No, I haven't.   ☐ Yes, my spouse has.   ☐ No, my spouse hasn't.   ☐ Yes, my dependent child(ren) have.   ☐ No, my child(ren) haven't.

An Evidence of Insurability form must be completed for any person with a "Yes" answer to the question(s) above.

### Signature

- An employee's decision to elect Vision or not elect Vision must be retained until the next plan's Open Enrollment period. If the employee elects not to enroll in vision coverage, they are not eligible to enroll until the plan's next Open Enrollment period.
- I understand that life insurance coverage for a dependent, other than a newborn child, will not take effect if that dependent is confined to a hospital or other health care facility, or is home confined, or is unable to perform the normal activities of someone of like age and sex.
- I understand that my dependent(s) cannot be enrolled for a coverage if I am not enrolled for that coverage.
- I understand that the premium amounts shown above are estimations and are for illustrative purposes only.
- Submission of this form does not guarantee coverage. Among other things, coverage is contingent upon underwriting approval and meeting the applicable eligibility requirements as set forth in the applicable benefit booklet.
- You must be legally working in the United States in order to be eligible for coverage. Underwriting must approve coverage for employees on temporary assignment (a) exceeding 1 year; or (b) in an area under travel warning by the US Department of State, subject to state specific variations. You must be legally working in the United States, or working outside of the United States for a United States based employer in a country or region approved by us.
- If coverage is waived and you later decide to enroll, late entrant penalties may apply. You may also have to provide, at your own expense, proof of each person's insurability. Guardian has the right to reject your request.
- I understand that I must be actively at work or my elected coverage will not take effect until I have met the eligibility requirements (as defined in the benefit booklet.) This does not apply to eligible retirees.
- Plan design limitations and exclusions may apply. For complete details of coverage, please refer to your benefit booklet. State limitations may apply.
- Your coverage will not be effective until approved by a Guardian or its designated underwriter.
- I hereby apply for the group benefit(s) that I have chosen above.
- I understand that I must meet eligibility requirements for all coverages that I have chosen above.
- I agree that my employer may deduct premiums from my pay if they are required for the coverage I have chosen above.
- I acknowledge and consent to receiving electronic copies of applicable insurance related documents, in lieu of paper copies, to the extent permitted by applicable law. I may change this election only by providing Guardian thirty (30) day prior written notice.
- I attest that the information provided above is true and correct to the best of my knowledge.

Any person who with intent to defraud any insurance company or other person files an application for insurance or statements of claim containing any materially false information or conceals for purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties, or denial of insurance benefits.

The state in which you reside may have a specific state fraud warning. Please refer to the attached Fraud Warning Statements page.

The laws of New York require the following statement appear: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation. (Does not apply to Life Insurance.)

SIGNATURE OF EMPLOYEE X _____   DATE 6-20-13

Enrollment ID 469289, 0002, EN

4