FILED
2016 Jun-02 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

## DECLARATION OF KABCO BUILDERS, INC.

Pursuant to 28 U.S.C. § 1746, the undersigned, Jason Lockmiller, states the following:

1. My name is Jason Lockmiller and my title with Kabco Builders, Inc. is Controller. I am authorized to make the statements herein on behalf of Kabco Builders, Inc. ("Kabco"). The statements herein are based upon my personal knowledge. I am over 21 years of age and am competent to testify to the statements set forth in this declaration. I am a resident of the State of Alabama and my office address is: 1300 Industrial Boulevard, Boaz, Alabama 35957.

2. I am familiar with the group insurance benefits provided by Kabco.

3. I am familiar with the fact that Mr. Tyrone Minson was for many years an employee of Kabco.

4. In late 2014 and early 2015, Mr. Minson became severely ill and was no longer able to work.

5. At the initial time that Mr. Minson became severely ill and unable to work, Kabco made every effort to provide Mr. Minson with the benefits afforded him under the terms of the Kabco employee welfare benefit plan. Exhibit 1, *Guardian 269, 310-312.*

6. Kabco's efforts included giving information to Mr. Minson so that notice of Mr. Minson's condition could be provided to Guardian Life Insurance Company of America ("Guardian") who funded benefits under the Kabco Builders, Inc. employee welfare benefit plan and Guardian acknowledged that notice. Exhibit 2, *Guardian 255.*

7. Under the terms of the Kabco Builders, Inc. employee welfare benefit plan, Mr. Minson was to be afforded short term disability benefits.

8. The short term disability benefits were funded through a Guardian insurance policy.

9. Under the terms of the Kabco Builders, Inc. employee welfare benefit plan, Mr. Minson was to be provided a "waiver of premium benefit." Exhibit 1 at *Guardian 310-312*.

10. That benefit was to be afforded under the terms of the Kabco Builders, Inc. employee welfare benefit plan by Guardian who funded said benefit.

11. Kabco provided to Mr. Minson the Guardian issued information letter for Mr. Minson to submit a claim for short term disability, waiver of premium and any other available insured benefit under the Guardian policy which funded Kabco Builders, Inc. employee welfare benefit plan.

12. When Kabco became aware of the fact that after Mr. Minson's passing his beneficiaries were being denied certain life insurance benefits, Kabco informed its insurance agent and the insurance agent sent an email to Guardian requesting it investigate whether Mr. Minson was entitled to a waiver of premium benefit under the terms of the Kabco Builders, Inc. employee welfare benefit plan. Exhibit 3, *Guardian 89*. Kabco also has the same questions set forth in our insurance agent's email.

13. It is the position of Kabco that there is a waiver of premium benefit which is set forth within Kabco Builders, Inc. welfare benefit plan and insured by Guardian. Exhibit 1 at *Guardian 310-312*.

14. Kabco receives no consideration in the form of cash or otherwise in connection with this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2016.

*[Signature]* Controller

2

# Exhibit 1



# YOUR GROUP INSURANCE PLAN BENEFITS

KABCO BUILDERS, INC.
CLASS 0002
AD&D, OPTIONAL LIFE, LIFE, STD, VISION

**Guardian 269**

## Your Extended Life Benefit With Waiver Of Premium (Cont.)

**If You Die While Covered By This Extension**  If you die while covered by this extension we'll pay your beneficiary the amount for which you were covered as of your last day of active full-time work, subject to all reductions which would have applied had you stayed an active employee.

**Proof Of Death**  We'll pay as soon as we receive

(a) written proof of your death, that is acceptable to us; and

(b) medical proof that you were continuously disabled until your death. This must be sent within one year of your death.

CGP-3-R-LW-TD-99-2                                                                              B275.0059

## Extended Life Benefit With Waiver of Premium

**Important Notice**  This section applies to your optional life benefit. But, it does not apply to your accidental death and dismemberment benefits nor to any of your dependent's insurance under this group plan. In order to continue dependent optional life insurance, you must convert your dependent coverage to an individual permanent policy.

**If You Are Disabled**  You are disabled if you meet the definition of total disability, as stated below. If you meet the requirements in the "How and When to Apply" provision, we'll extend your optional life insurance under this section without payment of premiums from you or the employer.

Total Disability or Totally Disabled means, due to sickness or injury, you are:

(a) not able to perform any work for wages or profit; and

(b) you are receiving regular doctor's care appropriate to the cause of disability.

**How and When To Apply**  To apply for this extension, you must submit satisfactory written medical proof of your total disability within one year of the onset of that disability. Any claim filed after one year from the onset of total disability will be denied, unless we receive written proof that: (a) you lacked the legal capacity to file the claim; or (b) it was not reasonably possible for you to file the claim.

Also, in order to be eligible for this extension, you must:

(a) become totally disabled before you reach age 60 and while insured by the group plan; and

(b) remain totally disabled for nine continuous months.

You are encouraged to apply for this benefit immediately upon the onset of disability.

**Continued Eligibility For Extended Life Benefit**  We may require periodic written proof that you remain totally disabled to maintain this extension. This written proof of your continued disability and doctor's care must be provided to us within 30 days of the date we make each such request.

### Extended Life Benefit With Waiver of Premium (Cont.)

We can require that you take part in a medical assessment, with a medical professional of our choice, as often as we feel is reasonably necessary during the first two years we've extended your life benefits. But after two years, we can't have you examined more than once a year.

**Until You've Been Approved for this Extended Life Benefit**  Your life insurance under the group plan may end after you've become totally disabled but before we've approved you for this extension. During this time period, you may either:

(a) continue group premium payments, including any portion which would have been paid by the employer until you are approved or declined for this extended life benefit; or

(b) convert to an individual permanent or term policy. Please read the section labeled "Converting This Group Term Life Insurance" for details on how to convert.

However, if this group plan terminates, and you are totally disabled and eligible, but not yet approved, for this extended benefit, you must convert to an individual permanent or term policy, and remain insured under such policy until you are approved by us for the extended benefit.

Converting does not stop you from claiming your rights under this section. But if you convert and we later approve you for this extended benefit, we'll cancel the converted policy as of our approval date. Once you are approved for this extended benefit, your group term life coverage will be reinstated at no further cost to you or the employer.

**When This Extension Begins**  Once approved by us, your extended benefit will be effective on the later of:

(a) nine continuous months from the date active full-time service ends due to total disability; or

(b) the date we approve you for this benefit.

CGP-3-R-LW-TD-99-1-AL                                           B275.0213

**When This Extension Ends**  Your extension will end on the earliest of:

(a) the date you are no longer disabled;

(b) the date we ask you to be examined by our doctor, and you refuse;

(c) the date you do not give us the proof of disability we require;

(d) the date you are no longer receiving regular doctor's care appropriate to the cause of disability; or

(e) the day before the date you reach age 65.

If the extension ends, and you are not insured by the group plan again as an active full-time employee, you can convert as if your employment just ended. Read the section labeled "Converting This Group Term Life Insurance".

## Your Extended Life Benefit With Waiver Of Premium (Cont.)

**If You Die While Covered By This Extension**  If you die while covered by this extension we'll pay your beneficiary the amount for which you were covered as of your last day of active full-time work, subject to all reductions which would have applied had you stayed an active employee.

**Proof Of Death**  We'll pay as soon as we receive

(a) written proof of your death, that is acceptable to us; and

(b) medical proof that you were continuously disabled until your death. This must be sent within one year of your death.

CGP-3-R-LW-TD-99-2                                                                                                                B275.0059

## Your Dependent Spouse and Child Optional Term Life Insurance

**The Benefit**  Subject to the limitations and exclusions shown below, if one of your dependents dies while insured for this benefit, we pay the amount shown in the schedule for the plan you have elected. We pay this in a lump sum when we receive written proof of death which is acceptable to us. Send the proof to us as soon as soon as possible.

We pay you, if you're living. If you're not, and the dependent was your child, we pay your spouse. If your spouse is not living, we pay the child's living brothers and sisters in equal shares. If there are none, we pay the child's estate. If the dependent was your spouse, we pay your spouse's estate.

**Suicide Exclusion**  We pay no benefits if the dependent's death is due to suicide, if such death occurs within two years from the effective date of the dependent's optional term life insurance under this *plan*. Also, we pay no increased benefit amount if the dependent's death is due to suicide, if such death occurs within two years from the effective date of the increase.

**Seatbelt and Airbag Benefits**  If a dependent dies as a direct result of an automobile accident while properly wearing a seatbelt, we will increase the benefit amount by $5,000.00. And if a dependent dies as a direct result of an automobile accident while both properly wearing a seatbelt, and sitting in a seat equipped with an airbag, we'll increase the benefit amount by an additional $2,500.00, for a total increase of $7,500.00.

**Payment to a Minor or Incompetent**  If the beneficiary is a minor or not competent, we have the right to pay in monthly installments. We would pay the person who cares for and supports the beneficiary. We completely discharge our liability for any amounts paid this way.

CGP-3-R-DOPT-96                                                                                                                B293.0135

# Exhibit 2

**Incoming: Charmagne_Donello@glic.com Sender: Bethlehembilling@glic.com**

| | |
|---|---|
| From: | Charmagne Donello |
| Sent: | 5 Feb 2015 09:00:20 -0500 |
| To: | Bethlehembilling@glic.com |
| Cc: | STD_Back_End@glic.com;CEPS Waiver of premium |
| Subject: | Salary and/or Waiver of PX notification - 469289 - Tyrone Minson - STD |

\*Type of Coverage:   STD

\*Group #: 469289
\*Group Name: Kabco Builders, Inc
\*EE Name: Tyrone Minson
\*EE SSN: ███████

\*Salary Mode: Annual
\*Salary Amount: 24,096.92 \* Not required if none selected
\*Year of W2: 2013 \* required if w2 selected
\*Hours worked: 40 \* required if hourly selected
\*Effective Date of Salary: 07/01/2013

Waiver of Premium Start Date: 12/23/2014
Premium Reinstatement Date:

Waiver of Premium Wording: New

Date Employment Ended:
Date of Death - Employee:
Date of Death - Dependent:
Deceased Dep Name:

Thank You!
Charmagne Donello/TheGuardian

\* Required Fields

---

-------------------------------------   This message, and any attachments to it, may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any use, dissemination, distribution, copying, or communication of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments. Thank you.

LD20150205800098200 1 2/5/2015 9:00:52 AM    Page 1 of 1

**Guardian 255**

# Exhibit 3

2100 SouthBridge Parkway, Suite 385, Birmingham, AL 35209
Tel: 205-986-1484
Fax: 205-986-1529
Laura_jones@glic.com

*For prompt assistance with your Billing, Benefit Verifications, Claims or Service issues, please contact our Customer Response Unit (CRU) at 1-800-627-4200 or email them at CRU@glic.com.*

**From:** Bill Rayburn [mailto:brayburn@rayburnassociates.com]
**Sent:** Monday, December 21, 2015 9:23 AM
**To:** Laura Jones <laura_jones@glic.com>; Scott Thompson <Scott_Thompson@glic.com>
**Subject:** FW: Tryone Minson death claim

I am having a hard time understanding why Guardian has denied the death claim on Kabco Builders employee, Tyrone Minson. He was on disability claim when Kabco switched carriers. He continued on disability. I would have thought the waiver of premium should have been activated to continue his life coverage during his disability until his death as he never recovered.

Can you check into this and give me an explanation?

**From:** Mendy Dickerson [mailto:mendydickerson@kabcobuilders.com]
**Sent:** Friday, December 18, 2015 10:40 AM
**To:** Bill Rayburn <brayburn@rayburnassociates.com>
**Subject:** Tryone Minson death claim

Bill,
Jason asked me to send you some info on Tyrone Minson?s death claim. His last day to work was 12/09/2014. The onset date of his short term disability claim is 12/10/2014. His 25 week maximum benefit was paid through 6/15/15. He died 10/8/2015. Please let me know what else you need.

Thanks.

**Mendy Dickerson**
Kabco Builders, Inc.
PO Box 745
Boaz, AL
(256)593-9955

---

-------------------------------------- This message, and any attachments to it, may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any use, dissemination, distribution, copying, or communication of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete the message and any attachments. Thank you.

LD20151222800135200 1 12/21/2015 3:28:21 PM   Page 2 of 2